NUMBER 13-07-253-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


UNITRIN MULTI LINES INSURANCE, Appellant


v.



SUSANA NICHOLS, D/B/A NO NAM BOUTIQUE, Appellee.

________________________________________________________


On appeal from the 23rd District Court


of Wharton County, Texas.


________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, UNITRIN MULTI LINES INSURANCE, perfected an appeal from an
order entered by the 23rd District Court of Wharton County, Texas, in cause number
38,869. After the clerk's record was filed, appellant filed a motion to dismiss the
appeal. In the motion, appellant states that it no longer wishes to pursue this appeal. 
Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 28th day of June, 2007.